IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG THRASHER, | ) | CASE NO. 8:07CV400 |
| Plaintiff, | ) ) ) | |
| V. | ) | ORDER SETTING HEARING |
| GRIP-TITE MANUFACTURING, Co., Inc., | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court following the filing of a Notice of Removal of an action originally filed in the District Court of Douglas County, Nebraska, Doc 1075 No. 193. Several state court records are attached to the Notice of Removal including the Complaint and the Motion for Temporary Restraining Order filed by Plaintiff Greg Thrasher. Following consultation with counsel for the parties,

IT IS ORDERED:

A hearing on the Plaintiff's Motion for Temporary Restraining Order is scheduled to commence on Tuesday, October 16, 2007, at 8:30 a.m., in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102 before the undersigned. Because of time limitations, the Court contemplates that evidence will be offered in the form of affidavits and that no witnesses will give testimony during the hearing. Counsel will have an opportunity to argue their positions.

DATED this 12th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge